1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  KEVIN JEFFERSON,                        )   No. CV 09-1917 VBF (FFM)
                                            )
11              Petitioner,                 )
                                            )   JUDGMENT
12          v.                              )
                                            )
13  DOMINGO URIDE, JR., Warden,             )
                                            )
14              Respondent.                 )
                                            )
15  ─────────────────────────────────────  )

16          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17  United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20  DATED:  03-26-12

21

22                                          _____
23                                          VALERIE BAKER FAIRBANK
                                            United States District Judge
24
25
26
27
28