1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                            CENTRAL DISTRICT OF CALIFORNIA

9

10   KEVIN JEFFERSON,                        )   No. CV 09-1917 VBF (FFM)
                                             )
11                  Petitioner,              )
                                             )   JUDGMENT
12        v.                                 )
                                             )
13   DOMINGO URIDE, JR., Warden,             )
                                             )
14                  Respondent.              )
                                             )
15   _____ )

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED:  03-26-12

21

22                                           _____

23                                           VALERIE BAKER FAIRBANK
                                             United States District Judge

24

25

26

27

28